■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GESHAWN CRITTLETON, Appellant. [602 NYS2d 27] —Appeal by the defendant from four judgments of the Supreme Court, Kings County (Rappaport, J.), all rendered June 12, 1992, convicting him of murder in the second degree (two counts, one each under Indictment Nos. 2931/91 and 5693/91), robbery in the first degree under Indictment No. 7564/91, and criminal possession of a weapon in the third degree under Indictment No. 2954/91, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

Having pleaded guilty with the understanding that he would receive the sentences which were thereafter imposed, the defendant has no basis to now complain that his sentences were excessive *(see, People v Kubik,* 186 AD2d 271).

We have reviewed the defendant's remaining contentions and find them to be without merit. Bracken, J. P., Balletta, Eiber, O'Brien and Pizzuto, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAVONNE DAWSON, Appellant. [603 NYS2d 755] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Vaughn, J.), rendered December 13, 1991, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., Balletta, Eiber, O'Brien and Pizzuto, JJ., concur.